**Opinion filed March 29, 2019**



# In The

# Eleventh Court of Appeals

_____

## No. 11-19-00039-CV

_____

## IN THE MATTER OF J.H.N.

**On Appeal from the 70th District Court**
**Ector County, Texas**
**Trial Court Cause No. B-30,621**

## MEMORANDUM OPINION

Appellant, J.H.N., has filed in this court a motion to dismiss his appeal. In the motion, Appellant states that he no longer wishes to pursue an appeal in this matter, and he asks this court to allow him to withdraw and dismiss his appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant has certified that Appellee does not oppose the motion.

The motion to dismiss is granted, and the appeal is dismissed.

March 29, 2019                                        PER CURIAM

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.